# 754          CASES REPORTED WITH BRIEF SYLLABI.

J. VAN VECHTEN OLCOTT, Individually and as Administrator, etc., of LAURA I. OLCOTT, Deceased, v. ESTATE OF CHARLES FREDERICK HOFFMAN, INCORPORATED, and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of EDGAR O. ARONSTEIN, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Petition of RAPHAEL D. HURWITZ, to Enforce an Agreement to Submit to Arbitration. RAPHAEL D. HURWITZ — BEN BERLIN and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL BERSIN v. WESER BROTHERS, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

FRANK SILVER v. PARK-LEX HOLDING CORPORATION and Others, and JOSEPH CORN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEON F. RUBIEN v. CHARLES G. A. LOHMAN. LEON W. RUBIEN and Another v. CHARLES G. A. LOHMAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ISIDOR MELNICK v. COMMERCIAL CASUALTY INSURANCE COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY OTTOMANELLI and Another v. PAULINE SCHATTEN, Impleaded, etc.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application to Discharge an Amended Mechanic's Lien Filed by JAMES A. HENDERSON BUILDER, INC., v. PREMISES AT THE SOUTHWEST CORNER OF 172ND STREET AND METCALFE AVENUE, BOROUGH OF BRONX, NEW YORK CITY. YUNI BROS. REALTY CO., INC., Alleged Owner.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE M. JOFFE v. HENRY I. JACOBS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS C. NICOLL v. LIBBY'S HOTEL CORPORATION.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX SPIEGEL.— Motion granted on condition that appellant procure his points to be served and filed on or before June 1, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

A. DIRK HENCKE and Another v. LENA SILBERBERG, as Administratrix, etc., of ALBERT SILBERBERG, Deceased, Defendant, Impleaded with ABRAHAM C. COHEN, Appellant.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GREGORY B. STOLBERG and Another v. GRACE AMERICAN INTERNATIONAL CORPORATION and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER C. ALLEN v. FREDRIK HURUM.— Motion granted. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.